# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2497

_____

United States of America,              *
                                       *
            Appellee,                  *    Appeal from the United States
                                       *    District Court for the Western
      v.                               *    District of Arkansas.
                                       *
Miguel Angel Miranda-Martinez,         *         [UNPUBLISHED]
                                       *
            Appellant.                 *

_____

Submitted:   December 3, 2002

Filed:   December 6, 2002

_____

Before WOLLMAN, FAGG, and MELLOY, Circuit Judges.

_____

PER CURIAM.

A one-count indictment charged Miguel Angel Miranda-Martinez with being found in the United States without permission, following his conviction for aggravated felonies and his later deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2). Miranda-Martinez pleaded guilty, and the district court[*] sentenced him to 46 months imprisonment and three years supervised release.

---

[*]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

On appeal, Miranda-Martinez's counsel filed a brief and moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967).  Upon careful review of the record, including Miranda-Martinez's postsentencing letter to the district court, we conclude there are no nonfrivolous issues for appeal.  <u>See</u> <u>Penson v. Ohio</u>, 488 U.S. 75 (1988).  Accordingly, we affirm.  We also grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.